**Order entered July 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00582-CV

**MARQUE CALDWELL, Appellant**

**V.**

**KATHLEEN MORROW, Appellee**

**On Appeal from the County Court at Law
Rockwall County, Texas
Trial Court Cause No. CI15-014**

## ORDER

In a letter dated June 16, 2015, the Court notified appellant that the reporter's record had not been filed because either appellant had not requested the reporter's record, or made arrangements to pay the reporter's fee. We instructed appellant to provide this Court, within ten days, notice that appellant has requested preparation of the reporter's record and written verification that appellant has paid or made arrangements to pay the reporter's fee, or written documentation that appellant has been found to be entitled to proceed without advance payment of costs. We cautioned appellant that if she failed to provide the required documentation within the time specified, we may order the appeal submitted without the reporter's record. As of today's date, appellant has not filed a response. Accordingly, we order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant's brief is due **AUGUST 27, 2015**.

/s/      ELIZABETH LANG-MIERS
JUSTICE